UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CARLOS FABIAN
CAUDILLO−MOLINA ,

          Petitioner,

v.

UNKNOWN PARTY et al.,

          Respondents.

_____/

Case No. 1:26-cv-1650

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.


Dated:   June 12, 2026                 /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         For the Honorable Paul L. Maloney
                                         United States District Judge